William A. Goolsby, Samuel M. Goolsby, Jacob R. Goolsby, James M. Goolsby, Francis A. Goolsby and Sarah E. Goolsby, Appellants, vs. James L. Giles, William E. Giles and Julia L. Goolsby, Appellees.

Appeal from Circuit Court Orange county.

*J. M. Cheney*, for Appellants.

*Beggs & Palmer*, for Appellees.

The bill in this case was filed by the appellants against

the appellees. There was decree for the defendants and the complainants appeal. The decree is affirmed. Decision Per Curiam.